UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Roy Dumas,<br><br>      Petitioner,<br><br><br>Raymond Marchilli,<br>      Respondent, | *<br>*<br>*<br>*<br>*   Civil Action No. 1:14-cv-11089-GAO<br>*<br>*<br>*<br>* |

ORDER

March 3, 2017

O'Toole, D.J.

Pursuant to the Opinion and Order entered on 03/03/2017 regarding [1] PETITION for Writ of Habeas Corpus pursuant to 28:2254 , this case is hereby CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge