UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Roy Dumas
Petitioner

v.  CIVIL ACTION NO. 14-cv-11089- GAO

Raymond Marchilli
Respondent

## JUDGMENT

D.J. O'Toole

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

The petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus is GRANTED as to the rape of a child conviction and DENIED as to the petitioner's convictions on one count of indecent assault and battery on a person fourteen or older and four counts of rape. The matter is to be presented to the state trial court for reconsideration, consistent with the Court's March 3, 2017 Order, of the petitioner's sentence as to the counts for which convictions stand.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 06/30/2017   By /s/ Taylor Halley
Deputy Clerk